## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NYK Bulk & Projects Carriers Ltd., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 24-cv-1050-MN ) ) IN ADMIRALTY |
| Delta Corp Shipping Pte Ltd, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| Delta Corp Logistics USA LLC, | ) ) |
| Garnishee. | ) ) |

## NOTICE OF DISMISAL  - WITHOUT PREJUDICE

NYK Bulk & Projects Carriers Ltd. pursuant to Fed. R. Civ. P. 41 notes dismissal of this action without prejudice.  No responsive pleadings have been filed.

YOUNG CONAWAY STARGATT
& TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

**ADMITTED *PRO HAC VICE***

J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:      (410) 510-1789
jssimms@simmsshowers.com

*Attorneys for NYK Bulk & Projects Carriers Ltd.*

Dated: June 2, 2025

33241524.1